# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRADLEY A. MEGELA,<br>　　　　　　Petitioner,<br><br>　vs.<br><br>MARK CAPOZZA *Superintendent S.C.I.*<br>*Pittsburgh*; LLOYD A. WHITE *Chairman,*<br>*PA Bd. of Prob. And Parole*; KATHLEEN<br>KANE *The Attorney General of the State of*<br>*Pennsylvania,*<br>　　　　　　Respondents. | Civil Action No. 14-1335<br>Chief Magistrate Judge Maureen P. Kelly<br><br><br><br><br>Re: ECF No. 7 |

## ORDER

Bradley A. Megela ("Petitioner") is a state prisoner who has filed a Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, challenging the two most recent denials of his re-parole application. He has also filed a Motion for Discovery. ECF No. 7.

The Motion For Discovery is denied as being pre-maturely filed as the Petition has not been served yet nor has an Answer been filed. The denial of the Motion For Discovery is without prejudice to being filed again but only after the Answer has been filed.

In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rule 72.C.2 of the Local Rules of Court, the parties are allowed fourteen (14) days from the date of this Order to file an appeal to the District Judge which includes the basis for objection to this Order. Any appeal is to be submitted to the Clerk of Court, United States District Court, 700 Grant Street, Room 3110, Pittsburgh, PA 15219. Failure to file a timely appeal will constitute a waiver of any appellate rights.

s/Maureen P. Kelly
                                                        MAUREEN P. KELLY
                                                        CHIEF UNITED STATES MAGISTRATE JUDGE

Date:  November 5, 2014



cc:     Bradley A. Megela
        GQ-1195
        S.C.I. Pittsburgh
        P.O. Box 99991
        Pittsburgh, PA 15233-0991